**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CONGAREE DOWNS LIMITED PARTNERSHIP,<br>COX AND DINKINS, INC.,<br>AND ARM ENVIRONMENTAL SERVICES, INC.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)    Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**COMPLAINT**

The United States of America, through its undersigned attorneys, by the authority of the Attorney General, and at the request of the United States Army Corps of Engineers, alleges as follows:

**NATURE OF THE ACTION**

1.    This is a civil action commenced under section 309(b) and (d) of the Clean Water Act ("CWA"), 33 U.S.C. § 1319(b) and (d), to obtain injunctive relief and civil penalties against Congaree Downs Limited Partnership, Cox and Dinkins Inc., and ARM Environmental Services Inc. ("Defendants"), for the discharge of pollutants into waters of the United States in South Congaree, Lexington County, South Carolina without authorization by the United States Department of the Army, in violation of CWA section 301(a), 33 U.S.C. § 1311(a).

1

2.     In this action, the United States seeks (1) to enjoin the discharge of pollutants into waters of the United States without a permit in violation of CWA section 301(a), 33 U.S.C. §1311(a); (2) to require Defendants, at their own expense and at the direction of the U.S. Army Corps of Engineers, to restore and  mitigate the damages caused by their unlawful activities; and (3) to require Defendants to pay civil penalties as provided in 33 U.S.C. § 1319(d).

### JURISDICTION AND VENUE

3.     This Court has jurisdiction over the subject matter of this action pursuant to CWA section 309(b), 33 U.S.C. § 1319(b), and 28 U.S.C. §§ 1331, 1345, and 1355.

4.     Venue is proper in the District of South Carolina pursuant to CWA section 309(b), 33 U.S.C. § 1319(b), and 28 U.S.C. § 1391(b) and ©, because the Defendants conduct business in this District, the subject property is located in this District, and the cause of action alleged herein arose in this District.

5.     Notice of the commencement of this action has been provided to the State of South Carolina pursuant to CWA section 309(b), 33 U.S.C. § 1319(b).

### THE PARTIES

6.     The Plaintiff in this action is the United States of America.  Authority to bring this action is vested in the United States Department of Justice pursuant to 28 U.S.C. §§ 516 and 519, and 33 U.S.C. § 1366.

7.     Defendant Congaree Downs Limited Partnership through its General Partner is organized under the laws of South Carolina with a business address of 5847 Shakespeare Road, Columbia, South Carolina 29223.

8.     Defendant Cox and Dinkins Inc., is a corporation organized under the laws of South Carolina with a business address of 614 Holly Street, Columbia, South Carolina 29205.

9.      Defendant ARM Environmental Services, Inc., is a corporation organized under the laws of South Carolina with a business address of 160 Commercial Drive, Suite 102, Columbia, South Carolina 29212.

## STATUTORY BACKGROUND

10.      CWA section 301(a), 33 U.S.C. § 1311(a), prohibits the discharge of pollutants into navigable waters except in compliance with, inter alia, a permit issued pursuant to CWA section 404, 33 U.S.C. § 1344.

11.      CWA section 404(a), 33 U.S.C. § 1344(a), authorizes the Secretary of the Army, acting through the Chief of Engineers, to issue permits for the discharge of dredged or fill material into navigable waters at specified disposal sites, after notice and opportunity for public comment.

12.      CWA section 502(12), 33 U.S.C. § 1362(12), defines "discharge of a pollutant" to include "any addition of any pollutant to navigable waters from any point source."

13.      CWA section 502(6), 33 U.S.C. § 1362(6), defines "pollutant" to include, inter alia, dredged spoil, rock, sand and cellar dirt.

14.      CWA section 502(7), 33 U.S.C. § 1362(7), defines "navigable waters" as "the waters of the United States, including the territorial seas."

15.      33 C.F.R. § 328.3(a)(1), (2), (3), (5) and (7), and 40 C.F.R. § 232.2, define "waters of the United States" to include:  (I) all waters which are currently used, were used in the past, or may be susceptible to use in interstate or foreign commerce; (ii) all inter-state waters; (iii) all other waters, such as intrastate lakes, rivers, streams, sloughs or wetlands, the use, degradation or destruction of which could affect interstate or foreign commerce; (iv) tributaries to such waters; and (v) wetlands adjacent to such waters or their tributaries.

16.    33 C.F.R. § 328.3(b) and 40 C.F.R. §§ 122.2 and 232.2 define "wetlands" as "those areas that are inundated or saturated by surface or ground water at a frequency and duration sufficient to support, and that under normal circumstances do support, a prevalence of vegetation typically adapted for life in saturated soil conditions."

17.    CWA section 502(14), 33 U.S.C. § 1362(14), defines "point source" to include "any discernible, confined and discrete conveyance . . . from which pollutants are or may be discharged."

18.    CWA section 502(5), 33 U.S.C. § 1362(5), defines "person" to include "an individual [or] corporation."

19.    CWA section 309(b), 33 U.S.C. § 1319(b), authorizes the commencement of a civil action for appropriate relief, including a permanent or temporary injunction, against any person who violates CWA section 301(a), 33 U.S.C. § 1311(a).

20.    CWA section 309(d), 33 U.S.C. § 1319(d), authorizes the commencement of an action for civil penalties against any person who violates CWA section 301(a), 33 U.S.C. § 1311(a).

## GENERAL ALLEGATIONS

21.    From approximately April 1, 2003 through May 30, 2003, one or more of the Defendants and/or persons acting on their behalf, discharged dredged or fill material into waters of the United States without a permit under CWA section 404 at Congaree Downs Subdivision in South Congaree, Lexington County, South Carolina (hereinafter referred to as the "Congaree Downs Site").

22.     The dredged or fill material that one or more of the Defendants and/or persons acting on their behalf, caused to be discharged includes, among other things, dirt, spoil, rock and sand, all of which constitute "pollutants" as defined in CWA section 502(6), 33 U.S.C. § 1362(6).

23.     One or more of the Defendants and/or persons acting on their behalf used mechanized land-clearing and earth-moving equipment to accomplish the discharges.  This equipment constitutes "point sources" as defined in CWA section 502(14), 33 U.S.C. § 1362(14).

24.     Defendants did not obtain a permit from the Secretary of the Army, acting through the Chief of Engineers, for the discharges of dredged or fill material into waters of the United States as required by CWA sections 301(a) and 404, 33 U.S.C. §§ 1311(a), 1344.

25.     One or more of the Defendants either owned, leased or otherwise controlled the land on which each unauthorized discharge of dredged or fill material into waters of the United States occurred.

26.     One or more of the Defendants conducted, contracted for, engineered, supervised and/or otherwise controlled the unauthorized activities at issue in Paragraph 21.

26.     Defendants are persons within the meaning of CWA section 502(5), 33 U.S.C. § 1362(5).

27.     Defendants have violated and continue to violate CWA section 301(a), 33 U.S.C. § 1311(a), by their unauthorized discharges of dredged or fill material into waters of the United States, including wetlands, at the Congaree Downs Site.

28.     Each day that such material remains in place constitutes a separate violation of CWA section 301(a), 33 U.S.C. § 1311(a).

29.     Unless enjoined, Defendants are likely to continue to discharge dredged or fill material into and/or to allow dredged or fill material to remain in the Congaree Downs Site in violation of CWA section 301, 33 U.S.C. § 1311.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff, the United States of America, respectfully requests that this Court order the following relief:

That the Defendants be permanently enjoined from discharging or causing the discharge of dredged or fill material or other pollutants into any waters of the United States except in compliance with the CWA;

That the Defendants, or any combination thereof, be enjoined to undertake measures, at Defendants' own expense and at the direction of the U.S. Army Corps of Engineers, to effect complete restoration of the Congaree Downs Site and/or to conduct off-site mitigation for irreversible environmental damage, as appropriate;

That the Defendants be assessed pursuant to CWA section 309(d), 33 U.S.C. § 1319(d), a civil penalty for each day of each violation of CWA section 301(a), 33 U.S.C. § 1311(a);

That the United States be awarded costs and disbursements in this action; and

That this Court grant Plaintiff, the United States of America, such other relief as the Court may deem just and proper.

Respectfully submitted,

JONATHAN S. GASSER
UNITED STATES ATTORNEY

By:   s/ R. Emery Clark
            R. Emery Clark
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3085 (tel)
(803) 252-2759 (fax)

OF COUNSEL:

John Kassebaum, Attorney
United States Army Corps of Engineers
69A Hagood Ave.
Charleston, South Carolina 29403