**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

_____

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 3:05-cv-02505-JFA |
| | ) | |
| CONGAREE DOWNS LIMITED | ) | |
| PARTNERSHIP, | ) | |
| COX AND DINKINS, INC., | ) | |
| AND ARM ENVIRONMENTAL | ) | |
| SERVICES, INC., | ) | |
| | ) | |
| Defendants. | ) | |

_____)

**<u>NOTICE OF LODGING</u>**

The United States of America is lodging with the Court a Consent Decree, along with a Complaint. This Consent Decree has been approved by the Chief, Environmental Defense Section, Environmental and Natural Resources Division, U.S. Department of Justice. Pursuant to 28 C.F.R. §50.7, notice of the proposed Consent Decree is required to be given in the <u>Federal</u> <u>Register</u> prior to the Court's consideration of the Consent Decree. This notice allows for public comment. The United States will inform the Court when the public comment period expires and whether any revisions (based upon public comment) to the Consent Decree will be required.

Respectfully submitted,

JONATHAN S. GASSER
UNITED STATES ATTORNEY

By:   s/R. Emery Clark
        R. Emery Clark
Assistant United States Attorney
1441 Main Street, Suite 500
Columbia, South Carolina 29201
(803) 929-3000 (phone)
(803) 252-2759 (fax)

September 1, 2005