WestLaw.

70 FR 53689-01

70 FR 53689-01, 2005 WL 2169749 (F.R.)

(Cite as: 70 FR 53689)

NOTICES

DEPARTMENT OF JUSTICE

Notice of Lodging Proposed Consent Decree

Friday, September 9, 2005

*53689 In accordance with Departmental Policy, 28 CFR 50.7, notice is hereby given that a proposed consent decree in United States v. Congaree Downs Limited Partnership, et al., Case No. 3:05-cv-02505, was lodged with the United States District Court for the District of South Carolina on August 30, 2005. This proposed Consent Decree concerns a complaint filed by the United States against the Defendants pursuant to Section 301(a) of the Clean Water Act ("CWA"), 33 U.S.C. 1311(a), to obtain injunctive relief from and impose civil penalties against the Defendants for filling wetlands without a permit.

The proposed Consent Decree requires the defendants to pay a civil penalty and restore the impacted wetland to its natural grade contour. The Department of Justice will accept written comments relating to this proposed Consent Decree for thirty (30) days from the date of publication of this notice. Please address comments to Emery Clark, Assistant United States Attorney, United States Attorney's Office, Wachovia Building, Suite 500, 1441 Main Street, Columbia, South Carolina 29201 and refer to United States v. Congaree Downs Limited Partnership, et al., Case No. 3:05-cv-02505.

The proposed Consent Decree may be examined at the Clerk's Office, United States District Court for the District of South Carolina, 901 Richland Lane, Columbia, South Carolina.

In addition, the proposed Consent Decree may be viewed on the World Wide Web at http://www.usdoj.gov/enrd/open.html.

Stephen Samuels,

Assistant Chief, Environmental Defense Section, Environment and Natural Resources Division.

[FR Doc. 05-17848 Filed 9-8-05; 8:45 am]

BILLING CODE 4410-15-M

END OF DOCUMENT

© 2005 Thomson/West. No Claim to Orig. U.S. Govt. Works.

# Exhibit A