IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL ACTION NO.  3:05-2505-JFA |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| CONGAREE DOWNS LIMITED PARTNERSHIP, COX AND DINKINS, INC. AND ARM ENVIRONMENTAL SERVICES, INC., | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

CERTIFICATE OF SERVICE BY MAIL

The undersigned Assistant United States Attorney hereby certifies that he has caused service of the attached **UNOPPOSED MOTION TO ENTER CONSENT DECREE** by a legal assistant employed in the Office of the of the United States Attorney for the District of South Carolina and is a person of such age and discretion as to be competent to serve papers.  That on October 24, 2005, my legal assistant served copies of the foregoing documents by placing said copies in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es), and by depositing said envelope and contents in the United States Mail at U.S. Attorney's Office, 1441 Main Street, Suite 500, Columbia, SC 29201, to the following:

Kenneth E. Ormand, Jr., Esq.
Post Office Box 8657
Columbia, SC 29202-8657


Daniel J. Ballou, Esq.
Kennedy, Covington, Lobdell & Hickman, Esq.
Post Office Box 11429
Rock Hill, SC 29731-1429
W. Thomas Lavender, Jr., Esq.

Nexsen, Pruet, LLC
Post Office Drawer 2426
Columbia, SC 29202-2426

s/ R. EMERY CLARK
Assistant United States Attorney